UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ewin Oscar Martinez

      v.                        Civil No. 14-cv-231-LM

United States of America, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 11, 2014.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: September 3, 2014

cc: Edwin Oscar Martinez