```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW HAMPSHIRE
```

Ewin Oscar Martinez

        v.                         Civil No. 14-cv-231-LM

United States of America, et al.


O R D E R

After due consideration of the objection filed on January 19, 2016 (doc. no. 62), supplemental memorandum in opposition (doc. no. 64), and supplemental objection (doc. no. 68), I herewith fully approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 5, 2016.

Defendants filed a motion to seal (doc. no. 72) plaintiff's medical records that were attached as an exhibit to their reply. See doc. no. 71. Defendants' motion to seal (doc. no. 72) is granted. In light of the fact that the court's approval of the Magistrate Judge's January 5, 2016 Report and Recommendation ends this litigation, the medical records in document no. 71 shall be returned to counsel for defendants after plaintiff's appellate rights have been exhausted. All other pending motions are terminated as moot.

The clerk of court is directed to enter judgment accordingly and close the case.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: March 22, 2016

cc: Ewin Oscar Martinez, pro se
    Michael T. McCormack, Esq.